# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–7 | User: admin | Date Created: 10/21/2022 |
| Case: 22–22784–shl | Form ID: def7or13 | Total: 4 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| tr | Howard P. Magaliff | trustee@r3mlaw.com |
| aty | Kathryn Emily Lauterbach | lauterbachbankruptcy@gmail.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Enrico Rubano | 188 Oak Tree Road | Tappan, NY 10983 |

TOTAL: 1