# Notice Recipients

District/Off: 0208–7             User: admin             Date Created: 10/21/2022

Case: 22–22784–shl             Form ID: 309A             Total: 30

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db        Enrico Rubano        188 Oak Tree Road        Tappan, NY 10983

ust       United States Trustee        Office of the United States Trustee        U.S. Federal Office Building        201 Varick Street, Room 1006        New York, NY 10014

tr        Howard P. Magaliff        Howard P. Magaliff – Chapter 7 Trustee        335 Madison Avenue        9th Floor        New York, NY 10017

aty       Kathryn Emily Lauterbach        Law Office of R. Spencer Lauterbach        151 North Main Street        New City, NY 10956

smg       N.Y. State Unemployment Insurance Fund        P.O. Box 551        Albany, NY 12201–0551

smg       New York State Tax Commission        Bankruptcy/Special Procedures Section        P.O. Box 5300        Albany, NY 12205–0300

smg       United States Attorney's Office        Southern District of New York        Attention: Tax & Bankruptcy Unit        86 Chambers Street, Third Floor        New York, NY 10007

7976243   AMEX        CORRESPONDENCE/BANKRUPTCY        PO BOX 981540        EL PASO, TX 79998

7976244   BANK OF AMERICA        ATTN: BANKRUPTCY        4909 SAVARESE CIRCLE        TAMPA, FL 33634

7976245   BARCLAYS BANK DELAWARE        ATTN: BANKRUPTCY        PO BOX 8801        WILMINGTON, DE 19899

7976246   CARDWORKS        ATTN: BANKRUPTCY        101 CROSSWAYS PARK DR WEST        WOODBURY, NY 11797

7976247   CHASE CARD SERVICES        ATTN: BANKRUPTCY        P.O. 15298        WILMINGTON, DE 19850

7976248   CHASE MORTGAGE        CHASE RECORDS CENTER/ATTN: CORRESPONDENC        MAIL CODE LA4 5555 700 KANSAS LN        MONROE, LA 71203

7976249   COSTCO CITI CARD        ATTN: BANKRUPTCY        PO BOX 6500        SIOUX FALLS, SD 57117

7976250   CREDIT ONE BANK        ATTN: BANKRUPTCY DEPARTMENT        PO BOX 98873        LAS VEGAS, NV 89193

7976251   DISCOVER FINANCIAL        ATTN: BANKRUPTCY        PO BOX 3025        NEW ALBANY, OH 43054

7976252   FORTIVA        ATTN: BANKRUPTCY        PO BOX 105555        ATLANTA, GA 30348

7976253   GENESIS CREDIT/CELTIC BANK        ATTN: BANKRUPTCY        PO BOX 4477        BEAVERTON, OR 97076

7976254   HENRY RUBANO JR & ROSE RUBANO        71 VIRGINIA ST.        TAPPAN, NY 10983

7976255   NAVY FCU        ATTN: BANKRUPTCY        PO BOX 3000        MERRIFIELD, VA 22119

7976256   REGIONS MORTGAGE        ATTN: BANKRUPTCY        PO BOX 18001        HATTIESBURG, MS 39404

7976257   REIGONS MORTGAGE        AT        ATLANTA, GA 08908

7976258   SAG–AFTRA FCU        134 N KENWOOD ST        BURBANK, CA 91505

7976259   SUNMARK CREDIT UNION        PO BOX 16370        ALBANY, NY 12212

7976260   SYNCHRONY/PAYPAL CREDIT        ATTN: BANKRUPTCY        PO BOX 965060        ORLANDO, FL 32896

7976261   TD BANK, N.A.        ATTN: BANKRUPTCY        32 CHESTNUT STREET PO BOX 1377        LEWISTON, ME 04243

7976262   THE US ATTORNEYS OFFICE, SDNY        WHITE PLAINS DIVISION        300 QUARROPAS STREET        WHITE PLAINS, NY 10601–4150

7976263   US DEP'T. OF JUSTICE        NEW YORK–SOUTHERN        86 CHAMBERS ST.–3RD FLOOR        NEW YORK, NY 10007

7976264   US DEPARTMENT OF JUSTICE        SOUTHERN DISTRICT OF NEW YORK        ONE ST. ANDREWS PLAZA        NEW YORK, NY 10007

7976265   USAA FEDERAL SAVINGS BANK        ATTN: BANKRUPTCY        10750 MCDERMOTT FREEWAY        SAN ANTONIO, TX 78288

TOTAL: 30