UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | CHAPTER: 7 |
| Enrico Rubano, | CASE: 22-22784-shl |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

PLEASE TAKE NOTICE that the firm FEIN, SUCH & CRANE, LLP is appearing for the following party in the above named bankruptcy case:

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

This party is a party in interest in this case and is a secured creditor of the Debtor:

ENRICO RUBANO

Pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned hereby requests that all notices given or requested to be given and all papers served or required to be served in this case be given to and served upon the undersigned at the address listed above.

Dated: December 16, 2022

FEIN, SUCH & CRANE, LLP
Attorneys for Applicant

By: _____
Mark K. Broyles
28 East Main Street, Suite 1800
Rochester, NY 14614
585-232-7400