# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: Enrico Rubano                                CASE NO.: 22–22784–shl

Social Security/Taxpayer ID/Employer ID/Other Nos.:       CHAPTER:  7
xxx–xx–0036

---

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held before the Honorable Sean H. Lane at the U.S. Bankruptcy Court, Contact chambers for Zoom Meeting ID, and Password, SHL Zoom Videoconference, on February 22, 2023 at 10:00 AM to consider dismissal of the above–captioned case, which is subject to the automatic dismissal provisions set forth in 11 U.S.C. § 521(i).

Pursuant to 11 U.S.C. § 521(i), an individual debtor's chapter 7 or 13 case is subject to automatic dismissal if: 1) it is now 46 or more days since the debtor's case was commenced on October 20, 2022 by the filing of a voluntary petition; and 2) the debtor has failed to file one or more of the requirements listed in section 521(a)(1).

In the above–referenced case, the Debtor has failed to file the following:

> Schedule A/B: Property (Official Form 106A/B), Schedule D: Creditors Who Hold Claims Secured By Property (Official Form 106D), Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106E/F), Schedule I: Your Income (Official Form 106I), Schedule J: Your Expenses (Official Form 106J), Statement of Financial Affairs.


Dated: January 10, 2023                              Vito Genna
                                                     Clerk of the Court