# Notice Recipients

District/Off: 0208–7                 User: admin                       Date Created: 1/10/2023

Case: 22–22784–shl                  Form ID: hrg521                   Total: 5

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| tr | Howard P. Magaliff | trustee@r3mlaw.com |
| aty | Kathryn Emily Lauterbach | lauterbachbankruptcy@gmail.com |
| aty | Mark K. Broyles | broylesmk@rgcattys.com |

                                                                    TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Enrico Rubano | 188 Oak Tree Road | Tappan, NY 10983 |

                                                                    TOTAL: 1