# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: Enrico Rubano                              CASE NO.: 22−22784−shl

Social Security/Taxpayer ID/Employer ID/Other Nos.:      CHAPTER:  7
xxx−xx−0036

---

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held before the Honorable Sean H. Lane at the U.S. Bankruptcy Court, Contact chambers for Zoom Meeting ID, and Password, SHL Zoom Videoconference, on February 22, 2023 at 10:00 AM to consider dismissal of the above−captioned case, which is subject to the automatic dismissal provisions set forth in 11 U.S.C. § 521(i).

Pursuant to 11 U.S.C. § 521(i), an individual debtor's chapter 7 or 13 case is subject to automatic dismissal if: 1) it is now 46 or more days since the debtor's case was commenced on October 20, 2022 by the filing of a voluntary petition; and 2) the debtor has failed to file one or more of the requirements listed in section 521(a)(1).

In the above−referenced case, the Debtor has failed to file the following:

Schedule A/B: Property (Official Form 106A/B), Schedule D: Creditors Who Hold Claims Secured By Property (Official Form 106D), Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106E/F), Schedule I: Your Income (Official Form 106I), Schedule J: Your Expenses (Official Form 106J), Statement of Financial Affairs.

Dated: January 10, 2023                          Vito Genna
                                                 Clerk of the Court

United States Bankruptcy Court

Southern District of New York

In re:                                                                    Case No. 22-22784-shl

Enrico Rubano                                                             Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0208-7 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jan 10, 2023 | Form ID: hrg521 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2023:**

**Recip ID**     **Recipient Name and Address**
db     + Enrico Rubano, 188 Oak Tree Road, Tappan, NY 10983-2809

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Howard P. Magaliff | trustee@r3mlaw.com  hcolon@r3mlaw.com;hmagaliff@iq7technology.com;ecf.alert+Magaliff@titlexi.com |
| Kathryn Emily Lauterbach | on behalf of Debtor Enrico Rubano lauterbachbankruptcy@gmail.com  lauterlaw@gmail.com |
| Mark K. Broyles | on behalf of Debtor Enrico Rubano broylesmk@rgcattys.com  ramoffatt@rgcattys.com |
| Mark K. Broyles | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION broylesmk@rgcattys.com, ramoffatt@rgcattys.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 5