UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Date: 03/08/23
Time: 10:00 AM

IN RE:

Enrico Rubano,

Debtor.

Chapter: 7

Case No. 22-22784-shl

NOTICE OF MOTION FOR RELIEF
FROM THE AUTOMATIC STAY PURSUANT
TO 11 U.S.C. § 362 (d)(1) AS TO THE
MORTGAGE ON 46 SHARP STREET,
HAVERSTRAW, NY 10927

PLEASE TAKE NOTICE that upon the annexed application of JPMorgan Chase Bank, National Association, ("Movant"), Secured Creditor, by its attorneys, Fein, Such & Crane, LLP., the undersigned will move before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004-1408, on the 8th day of March, 2023, at 10:00 in the forenoon of that day, or as soon thereafter as counsel can be heard, for an Order pursuant to 11 U.S.C. § 362(d)(1); granting Movant relief from the automatic stay; and further relief as to the Court seems just and proper.

Dated: February 6, 2023

FEIN, SUCH & CRANE, LLP
Attorneys for Movant, JPMorgan Chase Bank, National Association

By: _____
Mark K. Broyles, Esq.
28 EAST MAIN STREET, SUITE 1800
ROCHESTER, NY 14614
585-232-7400

TO:   Kathryn Emily Lauterbach
      Howard P. Magaliff
      U.S. Trustee
      Enrico Rubano

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE:<br><br>Enrico Rubano,<br><br>    Debtor. | Chapter: 7<br><br>Case No. 22-22784-shl<br><br>NOTICE OF MOTION FOR RELIEF<br>FROM THE AUTOMATIC STAY PURSUANT<br>TO 11 U.S.C. § 362 (d)(1) |

TO THE HONORABLE SEAN H. LANE,
UNITED STATES BANKRUPTCY JUDGE

I, Mark K. Broyles, Esq., am a partner with the law office of Fein, Such & Crane, LLP, Attorneys for JPMorgan Chase Bank, National Association ("Movant"). As such, based on the information provided by Movant on the circumstances contained herein, I affirm the following under penalty of perjury:

1.    I make this affirmation pursuant to Federal Bankruptcy Rule of Procedure Rule 4001 and 11 U.S.C. § 362(d)(1) in support of this application seeking the entry of an order modifying the automatic stay, in place pursuant to 11 U.S.C. § 362(a), to exercise all rights available under applicable law with respect to its interest in certain Property located at 46 Sharp Street, Haverstraw, NY 10927 (the "Property").

BACKGROUND

2.    Movant is a banking corporation with an office for the transaction of business at JPMorgan Chase Bank, 7255 Baymeadows Way, JAXA3030, Jacksonville, Florida 32256-6851.

3.    Enrico Rubano (the "Debtor") filed a voluntary petition under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") on October 20, 2022 (the "Filing Date") and an Order for Relief was entered thereupon.

4.    Movant is the holder, by Assignment of a Note and Mortgage in the principal amount of $280,000.00 and secured by a security interest in certain property now or formally

owned by the Debtor and located at 46 Sharp Street, Haverstraw, NY 10927. Copies of the Note, recorded Mortgage, and recorded Assignments are annexed hereto as **Exhibit "A."**

5. Movant, as the holder by assignment of said Mortgage, and a Secured Creditor in the above named case according to the laws of the State of New York and the terms and conditions of said Mortgage, desires to continue to pursue its rights under applicable law in the Supreme Court of the State of New York.

6. Upon information provided to me by Movant, the last full payment received on the loan was December 27, 2022 and was applied to the November 1, 2022 payment, leaving the loan delinquent for two (2) monthly payments.

7. The Loan is now contractually due December 1, 2022, through and including January 1, 2023 with each payment in the amount of $1,960.27, for a total amount due of $3,920.54 for contractual payments alone.

8. The unpaid principal balance of this loan as of January 9, 2023 was $247,516.99 and accrued interest in the amount of $1.364.30, for a total amount of $248,881.29.

9. Movant has obtained a Broker's Price Opinion ("BPO") dated December 6, 2022 which demonstrates that the Property has an assessed fair market value of $355,000.00. A copy of the BPO is attached hereto as **Exhibit "B".**

<u>BASIS FOR RELIEF FROM THE STAY</u>

Bankruptcy Code Section 362(d) provides, in pertinent part, as follows:

On request of a party in interest and after notice and a hearing, the court shall grant relief from the stay provided under subsection (a) of this section, such as by terminated, annulling, modifying, or conditioning such stay--
(1) For cause, including the lack of adequate Protection of an interest in property of such party in interest;
(2) With respect to a stay of an act against property

under subsection (a) of this section, if--
(a) The debtor(s) does not have any
Equity in such property; and
(b) *Such property is not necessary to*
*An effective reorganization*
*Or*...(emphasis added).

10.    It is respectfully submitted that cause exists, including lack of adequate protection, for relief from the stay under 11 U.S.C. § 362(d)(1).

11.    11 U.S.C. § 362(d)(1) provides that the Court shall grant relief from the stay "for cause, including the lack of adequate protection of an interest in property..." Once cause exists it is the Debtor's burden to show that the Movant's interest in the property is adequately protected. *In re Davenport*, 43 B.R. 103, 104 (S.D.N.Y. 1984).

12.    In as much as there are currently two (2) months' worth of delinquent payments on this loan, Movant herein has shown that cause exists to lift the automatic stay. A Debtor's failure to make regular mortgage payments as they become due constitutes cause to lift the stay. *In re Taylor*, 151 B.R. 646 (E.D.N.Y. 1993); *In re Davis*, 64 B.R. 358, 359 (S.D.N.Y. 1986).

13.    Additionally, a letter was sent to the Debtor's attorney, Kathryn Emily Lauterbach, Esq., on December 19, 2022, to advise of the potential default and our intention to pursue a Motion for relief, inviting him/her to call to discuss the matter. A copy of the letter is annexed hereto as **Exhibit "C."** To date, no response has been received in this office.

14.    For the foregoing reasons, it is respectfully submitted that the relief requested herein is appropriate and warranted.

15.    In the event relief is granted, the Trustee's rights to surplus monies arising from the sale of the property, if any, are preserved. Secured Creditor agrees to immediately provide an accounting to the trustee of any surplus monies realized from the sale.

WHEREFORE, your Affiant, as the attorney for the Movant, prays for the entry of an

Order granting relief from the stay and such other and further relief as to the Court may seem just

and proper.

Dated: February 6, 2023

FEIN, SUCH & CRANE, LLP
Attorneys for Movant, JPMorgan Chase
Bank, National Association
By: _____
Mark K. Broyles, Esq.
28 EAST MAIN STREET, SUITE 1800
ROCHESTER, NY 14614
585-232-7400