# EXHIBIT B


FreddieMac

## BROKER'S PRICE OPINION

| | | |
|---|---|---|
| Exterior /Curb Side ☒ | Inspection Date 12/06/2022 | Freddie Mac Loan # ▮▮▮ |
| Interior ☐ | | Servicer Loan # ▮▮▮ |
| Interior Access Denied ☐ | Reason | BPO # ▮▮▮ |

| BPO Firm Name | Broker | Phone |
|---|---|---|
| DEPENN REALTY | DUANE PENISTER | (845) 300-6366 |

### SUBJECT PROPERTY DESCRIPTION

| | |
|---|---|
| Property Address 46 SHARP ST | Unit # |

| City HAVERSTRAW | County ROCKLAN | State NY | Zip 10927 |
|---|---|---|---|

| Is property currently listed for sale with a real estate firm? ☒ Yes ☐ No | Name of Listing Broker, Salesperson or Firm SHERI S CHABLIS | Phone (845) 639-4663 |
|---|---|---|

| Property Type: Single Family | | Condo Fee $ 0 |
|---|---|---|

Occupant: ☒ Owner ☐ Tenant ☐ Vacant

### Estimate of repairs needed for subject property

| Interior: | | Exterior: | |
|---|---|---|---|
| Painting | $ 0 | Painting | $ 0 |
| Structural | $ 0 | Structural | $ 0 |
| Appliances | $ 0 | Landscaping | $ 0 |
| Utilities | $ 0 | Roof | $ 0 |
| Carpet/Floors | $ 0 | Windows | $ 0 |
| Other | $ 0 | Other | $ 0 |
| Cleaning/Trash Removal | $ 0 | Do you recommend repairs? ☐ Yes ☒ No | |

Repairs Total: $ 0.00

| | | | | |
|---|---|---|---|---|
| Overall Property Condition: | ☐ Excellent | ☒ Good | ☐ Fair | ☐ Poor |
| Are there any items that require IMMEDIATE attention/action? | | | ☐ Yes | ☒ No |
| Title/Legal Issues? | ☐ Yes | ☒ No | | |
| Do any environmental issues affect the value of the property? | | | ☐ Yes | ☒ No |

If yes to any of the above, please explain:
SUBJECT APPEARS TO BE IN AVERAGE CONDITION WITH NO SIGNS OF DEFERRED MAINTENANCE VISIBLE FROM EXTERIOR INSPECTION.

### NEIGHBORHOOD

| | | | | | | |
|---|---|---|---|---|---|---|
| Property Values: | ☐ Increasing | ☒ Stable | ☐ Declining | Predominant Occupancy | ☒ Owner | ☐ Tenant |
| Marketing Time: | ☐ Under 3 Mos | ☒ 3-6 Mos | ☐ Over 6 Mos | Vacancy Rate | ☐ 0-5% ☒ 5-10% ☐ 10-20% ☐ 20% + | |

| No. of Active Listings in Neighborhood: 5 | Price Range of Active Listings in Neighborhood: $ 190000 to $ 450000 |
|---|---|

COMMENTS THE SUBJECT IS LOCATED IN A URBAN LOCATION THAT HAS CLOSE PROXIMITY TO PARKS SHOPS AND MAJOR HIGHWAYS. MARKET CONDITIONS ARE STABLE AND SUPPLY AND DEMAND ARE BALANCED. REO AND SHORT SALE ACTIVITY REMAINS LOW IN THE AREA. ...MORE IN ADDENDUM

### VALUE ESTIMATION

| Probable Sale Price | | 90-Day Marketing Time | 120-Day Marketing Time | 180-Day Marketing Time |
|---|---|---|---|---|
| | As Is | 355000 | 355000 | 355000 |
| | As Repaired | 355000 | 355000 | 355000 |

Property should be listed    As Is ☒    As Repaired ☐

Anticipated Seller-Paid Financing Costs $ 0

COMMENTS (Describe your marketing strategy and reasons for As Is/As Repaired recommendations)
THE VALUE AS OF TODAY IS 355000.00. TYPICAL MARKETING TIME IS 120 DAYS. ...MORE IN ADDENDUM

| | | |
|---|---|---|
| PREPARED BY DUANE PENISTER | | |
| Signature | Date 12/06/2022 | |

THIS IS AN OPINION OF PRICE OR COMPARATIVE MARKET ANALYSIS AND IS NOT AN APPRAISAL. This opinion does not adhere to the guidelines for development of an appraisal or analysis contained in the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation. This opinion may have been developed in connection with a loss mitigation request made by you. If so, this opinion is being provided to you on behalf of your servicer and the Federal Home Loan Mortgage Corporation. Your servicer may have also used a different or additional property value or price to make a loss mitigation decision. If you have questions, please visit Freddie Mac's website at http://www.freddiemac.com/valuation.

## COMPETITIVE LISTINGS

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Address | 46 SHARP ST | 23 PRATT ST HAVERS | 147 E RAILROAD AVE | 16 MIDDLE ST HAVER |
| Proximity to Subject | | 1/4 Miles | 3/4 Miles | 1/2 Miles |
| Current List Price | $ 349900 | $ 389000 | $ 209999 | $ 399000 |
| Current List Date | 10/04/2022 | 08/24/2022 | 01/04/2016 | 09/19/2022 |
| Original List Price | $ 349900 | $ 399999 | $ 209999 | $ 399000 |
| Original List Date | 10/04/2022 | 08/24/2022 | 01/04/2016 | 09/19/2022 |

VALUE ADJUSTMENTS (Use the following codes for the adjustments. S=Superior E=Equal I=Inferior U=Unknown)

| DESCRIPTION | DESCRIPTION | DESCRIPTION | ADJ | DESCRIPTION | ADJ | DESCRIPTION | ADJ |
|---|---|---|---|---|---|---|---|
| Above Grade Room Count | Total # of Rooms 6 Bdrm 3 Baths 1 | Total # of Rooms 7 Bdrm 3 Baths 2 | | Total # of Rooms 6 Bdrm 2 Baths 2 | | Total # of Rooms 7 Bdrm 3 Baths 2 | |
| Gross Living Area | Sq Ft 1280 | Sq Ft 1120 | Code | Sq Ft 1056 | Code | Sq Ft 1392 | Code |
| Location | GOOD | GOOD | E | GOOD | E | GOOD | E |
| Site/Lot Size | 0.16 | 0.16 | E | 0.11 | I | 0.05 | I |
| Design and Appeal | SINGLE FAMILY | SFD | E | SFD | E | SFD | E |
| Age (number of yrs since house was built) | 107 | 137 | I | 82 | S | 82 | S |
| Overall Condition | Good | Good | E | Good | E | Good | E |
| Garage/Carport | 1 Attached | None | I | None | I | 1 Attached | E |
| Porch, Patio Deck, Pool, Fence | PORCH | DECK | E | | I | | I |
| Overall Rating/Est $ Value of Adjustments | | 3900.00 | I | 390.00 | I | -6130.00 | S |
| Indicate Property Most Comparable to Subject (Check One) | | ☐ | | ☐ | | ☒ | |

COMMENTS: LC 1 FAIR MARKET. 0.18 MILES FROM SUBJECT. -3000.00 BATHS 2400.00 LIVING AREA 3000.00 YEAR BUILT 1500.00 GARAGE. NET ADJUSTMENT 3900.00. TWO FULL BATHS ONE HAS A TUB AND ONE HAS A JET SYSTEM. SEE PICTURES ON THE SECOND FLOOR IS THE ...MORE IN ADDENDUM

## CLOSED SALES

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Address | 46 SHARP ST | 10 SHARP ST HAVERS | 8 BLAUVELT AVE WES | 9 PRATT ST HAVERS |
| Proximity to Subject | | 1 Block | 1 Mile | 1/4 Miles |
| Original List Price | $ 349900 | $ 325000 | $ 319999 | $ 235000 |
| List Price When Sold | $ | $ 325000 | $ 319999 | $ 235000 |
| Sales Price | $ | $ 346000 | $ 370000 | $ 305000 |
| Sales Date | | 08/24/2022 | 09/09/2022 | 06/21/2022 |
| Days on Market | | 112 | 92 | 1420 |

VALUE ADJUSTMENTS (Use the following codes for the adjustments: S=Superior E=Equal I=Inferior U=Unknown)

| DESCRIPTION | DESCRIPTION | DESCRIPTION | ADJ | DESCRIPTION | ADJ | DESCRIPTION | ADJ |
|---|---|---|---|---|---|---|---|
| Above Grade Room Count | Total # of Rooms 6 Bdrm 3 Baths 1 | Total # of Rooms 6 Bdrm 3 Baths 1 | | Total # of Rooms 6 Bdrm 3 Baths 1 | | Total # of Rooms 7 Bdrm 3 Baths 2 | |
| Gross Living Area | Sq Ft 1280 | Sq Ft 1716 | Code | Sq Ft 1568 | Code | Sq Ft 1358 | Code |
| Sales or Financing Concessions | | 0.00 | E | 0.00 | E | 0.00 | E |
| Location | GOOD | GOOD | E | GOOD | E | GOOD | E |
| Site/Lot Size | 0.16 | 0.08 | I | 0.18 | E | 0.04 | I |
| Landscaping | Good | Good | E | Good | E | Good | E |
| Design and Appeal | SINGLE FAMILY | SFD | E | SFD | E | SFD | E |
| Age (number of yrs since house was built) | 107 | 122 | I | 102 | S | 157 | I |
| Overall Condition | Good | Good | E | Good | E | Good | E |
| Garage/Carport | 1 Attached | 1 Attached | E | None | I | None | I |
| Porch, Patio Deck, Pool, Fence | PORCH | | E | | E | | E |
| Overall Rating/Est $ Value of Adjustments | | -5000.00 | S | -3320.00 | S | 2390.00 | I |
| Indicate Property Most Comparable to Subject (Check One) | | ☐ | | ☒ | | ☐ | |

COMMENTS: SC 1 FAIR MARKET. 0.1 MILES FROM SUBJECT. -6540.00 LIVING AREA 40.00 LOT SIZE 1500.00 YEAR BUILT. NET ADJUSTMENT -5000.00. THIS HOME FEATURES SOARING CEILINGS AND LARGE ROOMS WITH LOTS OF SUNLIGHT THE LARGE KITCHEN FEATURES A BUTLERS ...MORE IN ADDENDUM

**BPOdirect Addendum**

BPOdirect Order #: ████████    Project Code: _____

FM Loan Number: ████████    SS Loan Number: ████████

Property Address: 46 SHARP ST         , HAVERSTRAW       , NY, 1092

Comments:

HTTPS://CLIENTS.PROTK.COM/PROTECK.INTEGRATION.FREDDIEMAC.CLIE
NEIGHBORHOOD COMMENTS CONTINUED.. AVERAGE MARKETING TIME
OF CORRECTLY PRICED PROPERTIES IS UNDER 120 DAYS. SUBJECT
COMMENTS PROXIMITY TO THE HIGHWAY WOULD NOT AFFECT
SUBJECTS MARKETABILITY AND BOTH SIDES OF THE HIGHWAY ARE
SIMILAR MARKET AREAS.COMMERCIAL PRESENCE FOR THE SUBJECT
WOULD NOT AFFECT THE SUBJECTS CONDITION OR
MARKETABILITY.DUE TO THE LACK OF MORE SUITABLE COMPARISONS
AND GUIDELINES FOR GLA LOT SIZE AGE AND SOME RECOMMENDED
GUIDELINES WHEN CHOOSING COMPARABLE PROPERTIES. SUBJECT
APPEARS TO BE CURRENTLY OCCUPIED VERIFIED FROM THE TAX
RECORD. COMPARABLE LISTING COMMENTS CONTINUED.. MAIN
BEDROOM WITH SKYLIGHTS PLUS TWO MORE BEDROOMS AND LOTS OF
CLOSET SPACE. LC2 FAIR MARKET. 0.75 MILES FROM SUBJECT. -3000.00
BATHS 3360.00 LIVING AREA 30.00 LOT SIZE -2500.00 YEAR BUILT 1500.00
GARAGE 1000.00 FEATURES. NET ADJUSTMENT 390.00. THIS HOME
OFFERS A MODERN LAYOUT EXCELLENT FOR ENTERTAINING. THE MAIN
LEVEL OFFERS AN KITCHEN WITH FLOORS FORMAL DINING AREA A
COMBINATION LIVING ROOM WITH FLEX SPACE FOR A DESK OR IN HOME
WORK AREA. THE SECOND LEVEL OF THE HOME HAS TWO BEDROOMS
AN ADDITIONAL FULL BATH AND GOOD STORAGE SPACE WITH DOUBLE
CLOSETS HUGE WINDOWS AND CATHEDRAL CEILINGS.LC3 FAIR
MARKET. 0.5 MILES FROM SUBJECT. -3000.00 BATHS -1680.00 LIVING
AREA 50.00 LOT SIZE -2500.00 YEAR BUILT 1000.00 FEATURES. NET
ADJUSTMENT -6130.00. 2 STORIES ENCOMPASSING 3 BEDROOMS AND 8
ROOMS IN TOTAL. LIVING ROOM UPON ENTRY WITH ENOUGH SPACE FOR
THE ENTIRE FAMILY. CHERRY KITCHEN PLUS EAT IN AREA.SUBJECT
PROPERTY BATHS 1 FULL 0 HALF BATHS. COMPARABLE LISTING 1
COMMENTS BATHS 2 FULL 0 HALF BATHS. COMPARABLE LISTING 2
COMMENTS BATHS 2 FULL 0 HALF BATHS. COMPARABLE LISTING 3
COMMENTS BATHS 2 FULL 0 HALF BATHS. COMPARABLE SALE COMME-

**Comments, cont:**

NTS CONTINUED.. PANTRY AND PLENTY OF CABINETS AND STORAGE.3 LARGE BEDROOMS AND AN UPDATED FULL BATHROOM. SC2 FAIR MARKET. 0.95 MILES FROM SUBJECT. -4320.00 LIVING AREA -500.00 YEAR BUILT 1500.00 GARAGE. NET ADJUSTMENT -3320.00. THIS TWO STORY COLONIAL STYLE HOME. THE EAT IN KITCHEN IS SPACIOUS AND HAS PLENTY OF CABINETS. THE DRIVEWAY IS LARGE ALLOWING FOR PLENTY OF PARKING AND WRAPS AROUND BACK. SC3 FAIR MARKET. 0.19 MILES FROM SUBJECT. -3000.00 BATHS -1170.00 LIVING AREA 60.00 LOT SIZE 5000.00 YEAR BUILT 1500.00 GARAGE. NET ADJUSTMENT 2390.00. SINGLE FAMILY HOME THAT CONTAINS 1358 SQ FT AND WAS BUILT IN 1920. IT CONTAINS 3 BEDROOMS AND 2 BATHROOMS.SUBJECT PROPERTY BATHS 1 FULL 0 HALF BATHS. COMPARABLE SALE 1 COMMENTS BATHS 1 FULL 0 HALF BATHS. COMPARABLE SALE 2 COMMENTS BATHS 1 FULL 0 HALF BATHS. COMPARABLE SALE 3 COMMENTS BATHS 2 FULL 0 HALF BATHS. VALUATION COMMENTS CONTINUED.. THE SUBJECT SHOULD BE SOLD IN AS-IS CONDITION. THE MARKET CONDITIONS IS CURRENTLY STABLE.

Comments, cont:

Order ▮▮▮▮▮ *SUBJECTFRONTVIEW.JPG*



*SUBJECTFRONTVIEW.JPG*

Order ▮▮▮▮▮ *SUBJECTSTREETVIEW.JPG*



Order ███████ *SUBJECTADDRESSNUMBER.JPG*



*Order* ███████ *COMPARABLESALE_1.JPG*



Order ████████ COMPARABLESALE_2.JPG



*Order* █████ *COMPARABLESALE_3.JPG*





*Order* ███████ *COMPARABLELISTING_2.JPG*



Order ▓▓▓▓▓ *COMPARABLELISTING_3.JPG*



Order ███████ *SUBJECTADDITIONALPHOTO_1.JPG*



Order ███████ *SUBJECTADDITIONALPHOTO_2.JPG*

