# EXHIBIT C

FEIN, SUCH & CRANE, LLP
Attorneys At Law
Northern New York Office
28 East Main Street, Suite 1800
Rochester, New York 14614
585-232-7400 Fax 585-756-5202
SERVICE BY FACSIMILE NOT ACCEPTED

December 19, 2022

Kathryn Emily Lauterbach
Law Office of R. Spencer Lauterbach
151 North Main Street
New City, NY 10956

Re: JPMorgan Chase Bank, National Association vs. Enrico Rubano
Case # 22-22784-shl

Dear Attorney Lauterbach:

We have received notice from our client in the above referenced matter that your client may be in default. At this time it is our intention to pursue a motion for relief from the automatic stay.

Should you wish to discuss this matter, please do not hesitate to contact the undersigned.

Very truly yours
FEIN, SUCH & CRANE, LLP

Bankruptcy Manager