# FEIN, SUCH & CRANE, LLP
## Attorneys At Law
Northern New York Office
28 East Main Street, Suite 1800
Rochester, New York 14614
585-232-7400 Fax 585-756-5202
SERVICE BY FACSIMILE NOT ACCEPTED

February 6, 2023

United States Bankruptcy Court
Judge Sean H. Lane
One Bowling Green
New York, NY 10004-1408

      Re: JPMorgan Chase Bank, National Association vs. Enrico Rubano
      Case Number: 22-22784-shl

Dear Judge Lane,

      Please accept this letter as notification that we are hereby waiving the 362E requirement.
Many thanks in advance for your consideration.

      If you have any questions, please contact the undersigned.

Very Respectfully,

Fein Such & Crane, LLP.

Mark K. Broyles, Esq.

CC:    Kathryn Emily Lauterbach
       Howard P. Magaliff
       U.S. Trustee
       Enrico Rubano