UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

Enrico Rubano,                              Chapter:  7

            Debtor.                         Case No.  22-22784-shl

## FRCP 55 AFFIDAVIT

As attorney for Movant admitted to practice before this Court, I represent that upon

information and belief, the Debtor is not an infant, incompetent or in the military.

Dated: February 6, 2023

                        FEIN, SUCH & CRANE, LLP
                        Attorneys for Creditor

                        By: _____
                        Mark K. Broyles, Esq.
                        28 East Main Street, Suite 1800
                        Rochester, NY 14614
                        585-232-7400