UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | Chapter: 7 |
| Enrico Rubano, | Case No. 22-22784-shl |
| Debtor. | AFFIDAVIT OF SERVICE BY MAIL |

STATE OF NEW YORK)
COUNTY OF MONROE)

I, BRANDON NGUYEN, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age, and reside in Rochester, New York.

On FEBRUARY 6TH , 2023 I served a copy of the within Motion by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or depository of the United States Postal Service within the State of New York, addressed to the last known addresses as indicated below.

**Enrico Rubano**
188 Oak Tree Road
Tappan, NY 10983

**Kathryn Emily Lauterbach**
Law Office of R. Spencer Lauterbach
151 North Main Street
New City, NY 10956

**Howard P. Magaliff**
Howard P. Magaliff - Chapter 7 Trustee
335 Madison Avenue
9th Floor
New York, NY 10017

**U. S. Trustee**
United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Dated: February 6, 2023

_____
, Legal Assistant

Sworn to before me this 6
day of February , 2023.

_____
Notary Public

ERIN M. SCHAAF
Notary Public, State of New York
Qualified in Monroe County
No. 01SC6342119
Commission Expires May 16, 2024