# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: Enrico Rubano

CASE NO.: 22–22784–shl

Social Security/Taxpayer ID/Employer ID/Other Nos.: CHAPTER: 7
xxx–xx–0036

---

### NOTICE OF REQUIREMENT TO FILE A
### CERTIFICATION OF COMPLETION OF COURSE IN
### PERSONAL FINANCIAL MANAGEMENT
### (Official Form 423)

Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, you are required to file with the Court a statement of completion of a course concerning personal financial management (Official Form 423), unless the course provider has notified the court that you have completed the course, before an Order of Discharge can be issued. In a joint debtor case, each debtor should complete and file a separate Official Form 423. If you do not file this statement within 60 days after the first date set for the meeting of creditors under § 341(a) of the Bankruptcy Code, your case may be closed without the issuance of a discharge. If you subsequently file a Motion to Reopen the Case to allow for the filing of this statement, you must pay the full case reopening fee of $260.

Official Form 423 can be accessed at:
www.uscourts.gov/forms/bankruptcy–forms.

Dated: February 28, 2023

Vito Genna
Clerk of Court