# FEIN, SUCH & CRANE, LLP

## Attorneys At Law

Northern New York Office
28 East Main Street, Suite 1800
Rochester, New York 14614
585-232-7400 Fax 585-756-5202
SERVICE BY FACSIMILE NOT ACCEPTED

March 2, 2023

Hon. Sean H. Lane
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
Room 147
White Plains, NY 10601

Re: JPMorgan Chase Bank vs. Enrico Rubano
Case No. 22-22784-shl

Dear Honorable Lane:

This letter is written to confirm that the Motion for Relief from the Stay currently scheduled for March 9, 2023 at 10:00 be adjourned to April 5, 2023 at 10:00. This request is on consent of both parties. If you have any questions, please contact the undersigned.

Very respectfully,
FEIN, SUCH & CRANE, LLP

Mark K. Broyles, Esq.

Filed ECF