# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: Enrico Rubano                                    CASE NO.: 22−22784−shl

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER:  7
xxx−xx−0036

---

**NOTICE OF REQUIREMENT TO FILE A**
**CERTIFICATION OF COMPLETION OF COURSE IN**
**PERSONAL FINANCIAL MANAGEMENT**
**(Official Form 423)**

Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, you are required to file with the Court a statement of completion of a course concerning personal financial management (Official Form 423), unless the course provider has notified the court that you have completed the course, before an Order of Discharge can be issued. In a joint debtor case, each debtor should complete and file a separate Official Form 423. If you do not file this statement within 60 days after the first date set for the meeting of creditors under § 341(a) of the Bankruptcy Code, your case may be closed without the issuance of a discharge. If you subsequently file a Motion to Reopen the Case to allow for the filing of this statement, you must pay the full case reopening fee of $260.

Official Form 423 can be accessed at:
www.uscourts.gov/forms/bankruptcy−forms.


Dated: February 28, 2023                                Vito Genna
                                                        Clerk of Court

United States Bankruptcy Court

Southern District of New York

In re:                                                                                          Case No. 22-22784-shl

Enrico Rubano                                                                          Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-7                          User: admin                                      Page 1 of 1

Date Rcvd: Feb 28, 2023                   Form ID: fm23new                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2023:**

**Recip ID                     Recipient Name and Address**
db                        +  Enrico Rubano, 188 Oak Tree Road, Tappan, NY 10983-2809

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2023                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2023 at the address(es) listed below:**

**Name                          Email Address**

Howard P. Magaliff
                              trustee@r3mlaw.com  hcolon@r3mlaw.com;hmagaliff@iq7technology.com;ecf.alert+Magaliff@titlexi.com

Kathryn Emily Lauterbach
                              on behalf of Debtor Enrico Rubano lauterbachbankruptcy@gmail.com  lauterlaw@gmail.com

Mark K. Broyles
                              on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION broylesmk@rgcattys.com, ramoffatt@rgcattys.com

United States Trustee
                              USTPRegion02.NYECF@USDOJ.GOV

TOTAL: 4