# FEIN, SUCH & CRANE, LLP

## Attorneys At Law

Northern New York Office
28 East Main Street, Suite 1800
Rochester, New York 14614
585-232-7400 Fax 585-756-5202
SERVICE BY FACSIMILE NOT ACCEPTED

March 7, 2023

Hon. Sean H. Lane
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
Room 147
White Plains, NY 10601

Re: JPMorgan Chase Bank, National Association vs. Enrico Rubano
Case No. 22-22784-shl

Dear Honorable Lane,

This letter is written to request that the Motion for Relief from Stay currently scheduled for April 5, 2023 at 10:00 AM, on behalf of JPMorgan Chase Bank, National Association, be withdrawn; the loan has been brought current. If you have any questions, please contact the undersigned.

Very respectfully,
FEIN, SUCH & CRANE, LLP

Mark K. Broyles, Esq.

Cc: ECF