Certificate Number: 05781-NYS-DE-037285720

Bankruptcy Case Number: 22-22784



05781-NYS-DE-037285720

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 22, 2023, at 9:04 o'clock PM PDT, Enrico Rubano completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of New York.

Date:   March 22, 2023 _____   By:   /s/Allison M Geving _____

Name:   Allison M Geving _____

Title:   President _____