# Notice Recipients

| District/Off: 0208–7 | User: admin | Date Created: 3/31/2023 |
|---|---|---|
| Case: 22–22784–shl | Form ID: 155new | Total: 36 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr        JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust       United States Trustee        USTPRegion02.NYECF@USDOJ.GOV
tr         Howard P. Magaliff        trustee@r3mlaw.com
aty       Howard P. Magaliff        trustee@r3mlaw.com
aty       Kathryn Emily Lauterbach        lauterbachbankruptcy@gmail.com
aty       Mark K. Broyles        broylesmk@rgcattys.com

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Enrico Rubano        188 Oak Tree Road        Tappan, NY 10983
smg       N.Y. State Unemployment Insurance Fund        P.O. Box 551        Albany, NY 12201–0551
smg       New York State Tax Commission        Bankruptcy/Special Procedures Section        P.O. Box 5300        Albany, NY 12205–0300
smg       United States Attorney's Office        Southern District of New York        Attention: Tax & Bankruptcy Unit        86 Chambers Street, Third Floor        New York, NY 10007
7976243   AMEX        CORRESPONDENCE/BANKRUPTCY        PO BOX 981540        EL PASO, TX 79998
7976244   BANK OF AMERICA        ATTN: BANKRUPTCY        4909 SAVARESE CIRCLE        TAMPA, FL 33634
7976245   BARCLAYS BANK DELAWARE        ATTN: BANKRUPTCY        PO BOX 8801        WILMINGTON, DE 19899
7976246   CARDWORKS        ATTN: BANKRUPTCY        101 CROSSWAYS PARK DR WEST        WOODBURY, NY 11797
7976247   CHASE CARD SERVICES        ATTN: BANKRUPTCY        P.O. 15298        WILMINGTON, DE 19850
7976248   CHASE MORTGAGE        CHASE RECORDS CENTER/ATTN: CORRESPONDENC        MAIL CODE LA4 5555 700 KANSAS LN        MONROE, LA 71203
7976249   COSTCO CITI CARD        ATTN: BANKRUPTCY        PO BOX 6500        SIOUX FALLS, SD 57117
7976250   CREDIT ONE BANK        ATTN: BANKRUPTCY DEPARTMENT        PO BOX 98873        LAS VEGAS, NV 89193
7976251   DISCOVER FINANCIAL        ATTN: BANKRUPTCY        PO BOX 3025        NEW ALBANY, OH 43054
8002374   Department of Justice        c/o US Attorney        86 Chambers Street        New York, NY 10007
8002375   Discover Bank        PO Box 30416        Salt Lake City, UT 84130
7976252   FORTIVA        ATTN: BANKRUPTCY        PO BOX 105555        ATLANTA, GA 30348
7976253   GENESIS CREDIT/CELTIC BANK        ATTN: BANKRUPTCY        PO BOX 4477        BEAVERTON, OR 97076
7976254   HENRY RUBANO JR & ROSE RUBANO        71 VIRGINIA ST.        TAPPAN, NY 10983
7987831   JPMorgan Chase Bank, National Association c/o        Fein, Such and Crane, LLP        28 East Main Street Suite 1800        Rochester, NY 14614        Attn: Mark K. Broyles
7976255   NAVY FCU        ATTN: BANKRUPTCY        PO BOX 3000        MERRIFIELD, VA 22119
7976256   REGIONS MORTGAGE        ATTN: BANKRUPTCY        PO BOX 18001        HATTIESBURG, MS 39404
7976257   REIGONS MORTGAGE        AT        ATLANTA, GA 08908
7976258   SAG–AFTRA FCU        134 N KENWOOD ST        BURBANK, CA 91505
7976259   SUNMARK CREDIT UNION        PO BOX 16370        ALBANY, NY 12212
7976260   SYNCHRONY/PAYPAL CREDIT        ATTN: BANKRUPTCY        PO BOX 965060        ORLANDO, FL 32896
7976261   TD BANK, N.A.        ATTN: BANKRUPTCY        32 CHESTNUT STREET PO BOX 1377        LEWISTON, ME 04243
7976262   THE US ATTORNEYS OFFICE, SDNY        WHITE PLAINS DIVISION        300 QUARROPAS STREET        WHITE PLAINS, NY 10601–4150
7976263   US DEP'T. OF JUSTICE        NEW YORK–SOUTHERN        86 CHAMBERS ST.–3RD FLOOR        NEW YORK, NY 10007
7976264   US DEPARTMENT OF JUSTICE        SOUTHERN DISTRICT OF NEW YORK        ONE ST. ANDREWS PLAZA        NEW YORK, NY 10007
7976265   USAA FEDERAL SAVINGS BANK        ATTN: BANKRUPTCY        10750 MCDERMOTT FREEWAY        SAN ANTONIO, TX 78288

TOTAL: 30