**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Enrico Rubano | Social Security number or ITIN   xxx–xx–0036 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Southern District of New York | |
| Case number: | 22–22784–shl | |

## Discharge of Debtor(s) and Order of Final Decree

12/15

A petition under title 11, United States Code was filed by or against the Debtor(s) on 10/20/22; an order for relief was entered under Chapter 7; no order denying a discharge has been granted.

It appearing that the Debtor(s) is entitled to a discharge and the estate of the above named Debtor(s) has been full administered.

**IT IS ORDERED:**

- The Debtor(s) is granted a discharge under 11 U.S.C. § 727.

- Howard P. Magaliff is discharged as the Trustee of the Debtors estate and the bond is cancelled.

- The chapter 7 case of the above–named Debtor(s) is closed.

3/31/23

**By the court:** <u>Sean H. Lane</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order grants a discharge to the person named above. It does not dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

**Discharge of Debtor(s) and Order of Final Decree**          page 2

United States Bankruptcy Court

Southern District of New York

In re:                                                                        Case No. 22-22784-shl

Enrico Rubano                                                          Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-7                            User: admin                                    Page 1 of 3

Date Rcvd: Mar 31, 2023                  Form ID: 155new                            Total Noticed: 30

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Enrico Rubano, 188 Oak Tree Road, Tappan, NY 10983-2809 |
| 7976254 | + | HENRY RUBANO JR & ROSE RUBANO, 71 VIRGINIA ST., TAPPAN, NY 10983-1729 |
| 7987831 | + | JPMorgan Chase Bank, National Association c/o, Fein, Such and Crane, LLP, 28 East Main Street Suite 1800, Rochester, NY 14614-1936, Attn: Mark K. Broyles |
| 7976257 | | REIGONS MORTGAGE, AT, ATLANTA, GA 08908 |
| 7976258 | + | SAG-AFTRA FCU, 134 N KENWOOD ST, BURBANK, CA 91505-4201 |
| 7976262 | | THE US ATTORNEYS OFFICE, SDNY, WHITE PLAINS DIVISION, 300 QUARROPAS STREET, WHITE PLAINS, NY 10601-4150 |
| 7976264 | + | US DEPARTMENT OF JUSTICE, SOUTHERN DISTRICT OF NEW YORK, ONE ST. ANDREWS PLAZA, NEW YORK, NY 10007-1701 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Mar 31 2023 18:59:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Mar 31 2023 18:59:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: USANYS.Bankruptcy@usdoj.gov | Mar 31 2023 18:59:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| 7976243 | + | Email/PDF: bncnotices@becket-lee.com | Mar 31 2023 19:17:20 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 7976244 | + | EDI: BANKAMER.COM | Mar 31 2023 22:59:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 7976245 | + | EDI: TSYS2 | Mar 31 2023 22:59:00 | BARCLAYS BANK DELAWARE, ATTN: BANKRUPTCY, PO BOX 8801, WILMINGTON, DE 19899-8801 |
| 7976246 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 31 2023 19:04:22 | CARDWORKS, ATTN: BANKRUPTCY, 101 CROSSWAYS PARK DR WEST, WOODBURY, NY 11797-2020 |
| 7976249 | + | EDI: CITICORP.COM | Mar 31 2023 22:59:00 | COSTCO CITI CARD, ATTN: BANKRUPTCY, PO BOX 6500, SIOUX FALLS, SD 57117-6500 |
| 7976250 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 31 2023 19:04:21 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 7976251 | + | EDI: DISCOVER.COM | Mar 31 2023 22:59:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 8002374 | + | Email/Text: USANYS.Bankruptcy@usdoj.gov | Mar 31 2023 18:59:00 | Department of Justice, c/o US Attorney, 86 Chambers Street, New York, NY 10007-1825 |

| 8002375 | + EDI: DISCOVER.COM | Mar 31 2023 22:59:00 | Discover Bank, PO Box 30416, Salt Lake City, UT 84130-0416 |
| 7976252 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 31 2023 18:59:00 | FORTIVA, ATTN: BANKRUPTCY, PO BOX 105555, ATLANTA, GA 30348-5555 |
| 7976253 | + EDI: PHINGENESIS | Mar 31 2023 22:59:00 | GENESIS CREDIT/CELTIC BANK, ATTN: BANKRUPTCY, PO BOX 4477, BEAVERTON, OR 97076-4401 |
| 7976247 | EDI: JPMORGANCHASE | Mar 31 2023 22:59:00 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850 |
| 7976248 | EDI: JPMORGANCHASE | Mar 31 2023 22:59:00 | CHASE MORTGAGE, CHASE RECORDS CENTER/ATTN: CORRESPONDENC, MAIL CODE LA4 5555 700 KANSAS LN, MONROE, LA 71203 |
| 7976255 | + EDI: NFCU.COM | Mar 31 2023 22:59:00 | NAVY FCU, ATTN: BANKRUPTCY, PO BOX 3000, MERRIFIELD, VA 22119-3000 |
| 7976256 | + Email/Text: mtg.bankruptcy@regions.com | Mar 31 2023 18:59:00 | REGIONS MORTGAGE, ATTN: BANKRUPTCY, PO BOX 18001, HATTIESBURG, MS 39404-8001 |
| 7976259 | + Email/Text: member_resolution_center@sunmark.org | Mar 31 2023 18:59:00 | SUNMARK CREDIT UNION, PO BOX 16370, ALBANY, NY 12212-6370 |
| 7976260 | + EDI: RMSC.COM | Mar 31 2023 22:59:00 | SYNCHRONY/PAYPAL CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 7976261 | EDI: TDBANKNORTH.COM | Mar 31 2023 22:59:00 | TD BANK, N.A., ATTN: BANKRUPTCY, 32 CHESTNUT STREET PO BOX 1377, LEWISTON, ME 04243 |
| 7976263 | + Email/Text: USANYS.Bankruptcy@usdoj.gov | Mar 31 2023 18:59:00 | US DEP'T. OF JUSTICE, NEW YORK-SOUTHERN, 86 CHAMBERS ST.-3RD FLOOR, NEW YORK, NY 10007-2632 |
| 7976265 | + EDI: USAA.COM | Mar 31 2023 22:59:00 | USAA FEDERAL SAVINGS BANK, ATTN: BANKRUPTCY, 10750 MCDERMOTT FREEWAY, SAN ANTONIO, TX 78288-1600 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID          Bypass Reason   Name and Address**
cr                                  JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2023                   Signature:        /s/Gustava Winters

District/off: 0208-7 User: admin Page 3 of 3
Date Rcvd: Mar 31, 2023 Form ID: 155new Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Howard P. Magaliff | trustee@r3mlaw.com  hcolon@r3mlaw.com;hmagaliff@iq7technology.com;ecf.alert+Magaliff@titlexi.com |
| Howard P. Magaliff | on behalf of Trustee Howard P. Magaliff trustee@r3mlaw.com hcolon@r3mlaw.com;hmagaliff@iq7technology.com;ecf.alert+Magaliff@titlexi.com |
| Kathryn Emily Lauterbach | on behalf of Debtor Enrico Rubano lauterbachbankruptcy@gmail.com  lauterlaw@gmail.com |
| Mark K. Broyles | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION broylesmk@rgcattys.com, ramoffatt@rgcattys.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 5